| | | | |
|---|---|---|---|
| DEFT: | Aldin Wilson (J)# | CASE NO: | 00-4198-BSS |
| AUSA: | Bertha Mitrani /s/ Don Chase | ATTNY: | |
| AGENT: | | VIOL: | |
| PROCEEDING: | Inquiry re Counsel | BOND REC: | FILED by ___ D.C. |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: ____

___ BOND SET @ _____

[AUG 1 1 2000]
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Spoke to wife & still hopes to hire an atty.

Matter reset to Monday

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-14-00 | 11:00am | Snow ✓ |
| PTD/BOND HEARING: | 8-15-00 | 11:00am | LSS ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: XXXX | 8-18-00 | 9:30am | LSS ✓ |
| STATUS CONFERENCE: | | | |

DATE: 8-11-00   TIME: 11:00am   TAPE # 00-066  PG # 3
3479-3616