FILED by _____ D.C.
AUG 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
*Southern District of Florida*

UNITED STATES OF AMERICA ) Case Number: CR $00-4198-BSS$
           Plaintiff )
                       ) REPORT COMMENCING CRIMINAL
     -vs-              )       ACTION
                       )
  Aldin Wilson         )      55421-004
     Defendant         )  USMS Prisoner No:

*********************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court         FT. PIERCE
                        (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8/9/00    8:10    am/**pm**

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: Conspiracy To Import & MARIJUANA

(4) U.S. Citizen [ ] Yes   [✓] No   [ ] Unknown

(5) Date of Birth: 12/2/56

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern Dist. Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

Amount of Bond: $ PTD neg
Who set Bond: Mag. Seltzer

(7) Remarks: _____

(8) Date: 8-10-00    (9) Arresting Officer: Thomas Flowers

(10) Agency: DEA    (11) Phone: 954-489-1767

(12) Comments: _____

19