## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ALDIN WILSON (J) #55421-004 | CASE NO: | 00-6230-CR-DIMITROULEAS |
| AUSA: | BERTHA MITRANI / *Powell* | ATTY: | IRWIN LICHTER, ESQ. |
| AGENT: | | VIOL: | |
| PROCEEDING: | INQUIRY RE CNSL/ARRAIGNMENT | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by __ D.C.
AUG 1 8 2000
CLARENCE MADDOX
C.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____.
- ❏ Travel extended to: _____.
- ❏ Halfway House _____.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 9-8 | 11 | BSS | |

DATE: 8-18-00   TIME: 9:30 AM   FTL/LSS TAPE # 00 - 044   Begin: 245   End: 345

