UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

ALDIN WILSON

FILED by AUG 1 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 18, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: __CUSTODY_____

                        _____

                        Telephone:_____
DEFENSE COUNSEL:        Name: _Irwin Lichter, Esq._____
                        Address:_____

                        _____

                        Telephone:_____
BOND SET/CONTINUED:     $_____

Bond hearing held: yes_____  no____  Bond hearing set for_____

Dated this __18TH__ day of __AUGUST_____, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Denny Butler_____
Deputy Clerk

Tape No. _00-044_____

cc: Copy for Judge
    U. S. Attorney

