DEFT: Aldin Wilson (no deft)          CASE NO: 00-6230-CR-Dimitrouleas

AUSA: Bertha Mitrani /Bardfeld        ATTNY: Irwin Lichter / present

AGENT: _____        VIOL: _____

PROCEEDING: Status Conference         BOND REC: _____

BOND HEARING HELD - yes/no            COUNSEL APPOINTED: _____

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House
    _____ Electronic Monitoring

Discovery out
No motions / Gov't ready
2-3 days to try
A counsel is making
copy of discovery

A - will file mot
to cont.

NEXT COURT APPEARANCE:      DATE:       TIME:       JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 9-8-00          TIME: 11:00am     TAPE # 00-070    PG # 4

500 - 645