**CRIMINAL MINUTES**

FILED by ___ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6230-CR-WPD      DATE: September 22, 2000

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: Bob Ryckoff

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     Aldin Wilson

U.S. ATTORNEY: Bertha Mitrani      DEFT. COUNSEL: Owen Richter

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by the Court. Wife to enter guilty plea to Count 1. Gov't agrees to dismiss Counts 2, 3, 4 (a) at time of sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 12/1/00      TIME: 11:00      FOR: Sentencing

MISC: Written plea agreement filed.