UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA, )
                              )   CASE NUMBER
          PLAINTIFF,          )   00-4198-BSS
                              )
     VS.                      )   00-6230 CR-WPD
                              )
MARK ANTHONY JOHNSON,         )   THIS VOLUME:
CLIFFORD GRANSTON, AND        )   PAGES 1 - 71
ALDIN WILSON,                 )
                              )
          DEFENDANTS.         )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD
BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE,
BROWARD COUNTY, FLORIDA, ON AUGUST 15, 2000, IN THE
ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:    BERTHA MITRANI, A.U.S.A.

FOR DEFENDANT JOHNSON: RICHARD D. DOCOBO, ESQ.

FOR DEFENDANT GRANSTON: JUNIOR W. FARQUHARSON, ESQ.

FOR DEFENDANT WILSON:  IRWIN LICTER, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488



# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**