UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALDIN WILSON,

    Defendant.

_____/

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND SENTENCING FACTORS CONTAINED THEREIN

COMES NOW the Defendant, ALDIN WILSON, by and through his undersigned attorney and files herewith his Objections to the Presentence Investigation Report and Sentencing Factors Contained therein and in support would show as follows:

1. Defendant objects to paragraph 20, page 7, which indicated that "all the participants began to load the U-haul Van". Defendant asserts that he did not participate in the loading of the U-haul Van. He further asserts that he was not attempting to depart when he was arrested.

2. Defendant objects to paragraph 34, page 11, in which he is given a two-level increase for use of an airplane other than a regularly scheduled commercial air carrier to import the marijuana. At a hearing on this matter Defendant will be prepared to show that he had expected the marijuana to be imported by sea. Moreover, the aircraft was procured and the pilot was suggested by the Government informant. Defendant neither procured the aircraft being used



nor was he the person that actually transported the drugs. Defendant was merely one of the recipients.

3.   Defendant objects to paragraph 36, page 11, in which he is given a four level role adjustment for being an organizer or leader in the offense. The four level increase applies:

> "if the Defendant was an organizer or leader of a criminal activity of
> five or more participants or was otherwise extensive"

At a hearing on this matter Defendant will be prepared to show that he was neither the leader nor the organizer of this criminal activity. The criminal activity was organized by the informant and Defendant was one of many participants. Defendant neither supervised anyone nor organized or led the activity.

WHEREFORE having filed the above and foregoing objections Defendant respectfully requests that this Honorable Court hold a hearing on this matter and grant the objections filed herein.

        Respectfully submitted,

        IRWIN G. LICHTER, P.A.
        Attorney for Defendant
        321 N. E. 26th Street
        Miami, Florida 33137
        Tel: (305) 573-0551
        Fax: (305) 573-6251
        Florida Bar #147988

by:   IRWIN G. LICHTER, ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 7th day of November 2000, to Assistant United States Attorney Bertha Mitrani, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL. 33394 and to Gloria Garber, U. S. Probation Office, 300 N.E. 1st Street, Room 315, Miami, Florida 33132-2126.

IRWIN G. LICHTER, ESQ.