## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6230-CR-WPD    DATE: December 1, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Ed Cooley    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Alden Wilson

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Shawn Richter

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
87 months BOP, 5 years Supervised Release, no fine, $100.00 assessment.
Court recommends designation to Otisville NY & drug treatment while in prison.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: W-1 Tom Redpath, DEA agent
Deft. informed of right to appeal