**FILING FEE**
PAID 521110 -$105.00
In Forma Pauperis _____
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

DEC 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

  Plaintiff,

vs.                                    NOTICE OF APPEAL

ALDIN WILSON,

  Defendant.
_____/

COMES NOW the Defendant, ALDIN WILSON, by and through his undersigned attorney, and hereby files this his Notice of Appeal to the Eleventh Circuit Court of Appeals from the final judgment and sentence entered in the above-styled matter by the United States District Court, Southern District of Florida on December 1, 2000.

Respectfully submitted,

IRWIN G. LICHTER, ESQ.
Attorney for Defendant
321 N. E. 26th Street
Miami, Florida 33137
(305) 573-0551
(305) 573-6251 FAX



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __7__ day of December 2000, to Assistant United States Attorney Bertha Mitrani, 500 E. Broward Blvd. 7th Floor, Ft. Lauderdale, FL. 33394.

_____
IRWIN G. LICHTER, ESQ.