FILED BY _____ D.C.

2001 JAN 19 AM 8:53

CLERK U.S. DIST.
S.D. OF FLA-FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6230-CR-WPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| ALDIN WILSON, | ) | |
| | ) | Fort Lauderdale, Florida |
| Defendant. | ) | December 1, 2000 |
| | ) | 11:04 a.m. |

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         BERTHA MITRANI, ESQ.
                          Assistant U.S. Attorney
                          500 E. Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida 33394

For the Defendant         IRWIN LICHTER, ESQ.
                          321 N.E. 26 Street
                          Miami, Florida 33130

Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida 33301
                          954-769-5657

THIS VOLUME:

Pages _____ - _____

134

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**