**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**299 East Broward Boulevard**
**Fort Lauderdale, FL 33301**
**954-769-5400**

**CLARENCE MADDOX**
**Court Administrator/Clerk of Court**

CLERK, U.S. COURT OF APPEALS          Date: <u>January 23, 2001</u>
Eleventh Judicial Circuit              USDC # <u>00-6230-CR-WPD</u>
56 Forsyth Street                      USCA # <u>00-16436-F</u>
Atlanta, Georgia   30303

IN RE: **USA v. Wilson**

================================================================

**Certificate of Readiness of Record On Appeal**

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for
the Southern District of Florida hereby certifies that, as shown on
the enclosed index, the record is complete for purposes of this
appeal.  The record (including the transcripts or parts thereof
designated for inclusion and all necessary exhibits) consists of:

          <u>1</u> Volume of Pleadings
          <u>2</u> Volumes of Transcripts

      <u>X</u> Exhibits:

          <u>1</u> PSI (sealed)

                                        Sincerely,

                    Clarence Maddox, Court Administrator/Clerk

                    By: _____
                                        Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
          Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism*
*for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                       LSS    PRIOR
                                                       APPEAL
                         U.S. District Court
               Southern District of Florida (FtLauderdale)

              CRIMINAL DOCKET FOR CASE #: 00-CR-6230-ALL
```

USA v. Williams                                        Filed: 08/17/00

Other Dkt # 0:00-m -04198

Case Assigned to:  Judge William P. Dimitrouleas

ALDIN WILSON (1) , DOB:            Irwin G. Lichter
12/2/56 PRISONER# 55421-004         [term  12/01/00]
     defendant                     305-573-0551
 [term  12/01/00]                  [COR LD NTC ret]
                                   321 NE 26th Street
                                   Miami, FL 33137

Pending Counts:                          Disposition

21:963=CP.F CONSPIRACY CONTRL      Imprisonment 87 months;
SUBST IMPORT/EXPORT                Supervised Release 60 months;
(1)                                Assessment $100.00
                                   (1)

Offense Level (opening): 4

Terminated Counts:                       Disposition

21:952A=CI.F CONTROLLED            Dismissed
SUBSTANCES - IMPORT                (2)
(2)

21:846=CD.F CONSPIRACY             Dismissed
DISTRIBUTE CONTRL SUBST            (3)
(3)

21:841A=CD.F CONTROLLED SUBST      Dismissed
SELL/DISTR/DISPENSE                (4)
(4)
```

Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida By _____ Deputy Clerk Date _1-23-01_

Offense Level (disposition): 4

Proceedings include all events.                                    LSS
0:00cr6230-ALL USA v. Williams                              PRIOR  APPEAL

Complaints                              Disposition

21:952,963 Conspiracy to
import marijuana
[ 0:00-m -4198 ]


========================

Case Assigned to:  Judge William P. Dimitrouleas

ESROM WILLIAMS (2) , DOB:          Stephen Howard Rosen
6/11/59 PRISONER# 55425-004        FTS 371-6966
     defendant                     [COR LD NTC ret]
                                   Stephen H. Rosen
                                   1221 Brickell Avenue
                                   Suite 1020
                                   Miami, FL 33131
                                   305-358-6789

Pending Counts:                         Disposition

21:963=CP.F CONSPIRACY CONTRL
SUBST IMPORT/EXPORT
(1)

21:952A=CI.F CONTROLLED
SUBSTANCES - IMPORT
(2)

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(3)

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(4)

Offense Level (opening): 4

Terminated Counts:

   NONE

Proceedings include all events.                                    LSS
0:00cr6230-ALL USA v. Williams                              PRIOR  APPEAL


Complaints                              Disposition

21:952,963 Conspiracy to
import marijuana
[ 0:00-m -4198 ]



========================

Case Assigned to:  Judge William P. Dimitrouleas

DAVID NESBETH (3) , DOB:            Nathan Philip Diamond
1/4/59 PRISONER# 55423-004          FTS 371-6966
       defendant                    305-371-5300
                                    Suite 1020
                                    [COR LD NTC ret]
                                    1221 Brickell Avenue
                                    Miami, FL 33131

                                    Patrick Michael Hunt
                                     [term  08/25/00]
                                    FTS 356-7556
                                    [COR LD NTC pda]
                                    Public Defender
                                     [term  08/25/00]
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    101 NE 3rd Avenue
                                    Suite 202
                                    Fort Lauderdale, FL 33301-1145
                                    954-356-7436


Pending Counts:                         Disposition

21:963=CP.F CONSPIRACY CONTRL
SUBST IMPORT/EXPORT
(1)

21:952A=CI.F CONTROLLED
SUBSTANCES - IMPORT
(2)

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(3)

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(4)

Docket as of January 23, 2001 9:08 am                   Page 3

Proceedings include all events.                                    LSS
0:00cr6230-ALL USA v. Williams                              PRIOR  APPEAL


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints                              Disposition

21:952,963 Conspiracy to
import marijuana
[ 0:00-m -4198 ]


========================

Case Assigned to:  Judge William P. Dimitrouleas

THADDEUS WARREN (4) , DOB:        Martin L. Roth
4/15/65 PRISONER# 55424-004        [term  12/26/00]
     defendant                    FTS 374-6495
  [term  12/26/00]                305-374-6033
                                  Suite 1704
                                  [COR LD NTC ret]
                                  Haber & Roth
                                  1001 Brickell Bay Drive
                                  Suite 1704
                                  Miami, FL 33131-1623
                                  305-374-6033


Pending Counts:                         Disposition

21:963=CP.F CONSPIRACY CONTRL     70 months imprisonment, 5 years
SUBST IMPORT/EXPORT               supervised release and $100
(1)                               special assessment
                                  (1)


Offense Level (opening): 4


Terminated Counts:                      Disposition

21:952A=CI.F CONTROLLED           Counts dismissed
SUBSTANCES - IMPORT               (2)
(2)

21:846=CD.F CONSPIRACY            Counts dismissed
DISTRIBUTE CONTRL SUBST           (3)

Docket as of January 23, 2001 9:08 am              Page 4

Proceedings include all events.                                    LSS
0:00cr6230-ALL USA v. Williams                              PRIOR  APPEAL

(3)

21:841A=CD.F CONTROLLED SUBST        Counts dismissed
SELL/DISTR/DISPENSE                  (4)
(4)


Offense Level (disposition): 4




Complaints                          Disposition

21:952,963 Conspiracy to
import marijuana
[ 0:00-m -4198 ]



=======================

Case Assigned to:  Judge William P. Dimitrouleas

CLIFFORD GRANSTON (5) , DOB:         John William Thornton, Jr.
2/7/57 PRISONER# 55420-004          FTS 374-5747
     defendant                      [COR LD NTC ret]
                                    Thornton & Rothman
                                    First Union Financial Center
                                    200 S Biscayne Boulevard
                                    Suite 3420
                                    Miami, FL 33131
                                    305-358-9000

                                    Junior Wane Farquharson
                                     [term  09/12/00]
                                    FTS 731-7172
                                    954-717-2515
                                    Suite 220
                                    [COR LD NTC ret]
                                    5546 W Oakland Park Boulevard
                                    Fort Lauderdale, FL 33313


Pending Counts:                     Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(3)

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(4)

Docket as of January 23, 2001 9:08 am                Page 5

Proceedings include all events.                                          LSS
0:00cr6230-ALL USA v. Williams                              PRIOR  APPEAL


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints                              Disposition

21:952,963 Conspiracy to
import marijuana
[ 0:00-m -4198 ]


========================

Case Assigned to:  Judge William P. Dimitrouleas

MARC ANTHONY JOHNSON (6) ,          Richard Douglas Docobo
DOB: 1/17/65 PRISONER# 55422-       Below Address Terminated on 1/12/01
004                                 FTS 579-2080
        defendant                   305-379-7101
                                    Suite 1801
                                    [COR LD NTC cja]
                                    1101 Brickell Avenue
                                    Miami, FL 33131


Pending Counts:                         Disposition

21:963=CP.F CONSPIRACY CONTRL
SUBST IMPORT/EXPORT
(1)

21:952A=CI.F CONTROLLED
SUBSTANCES - IMPORT
(2)

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(3)

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(4)


Offense Level (opening): **4**


Docket as of January 23, 2001 9:08 am              Page 6

Proceedings include all events.
0:00cr6230-ALL USA v. Williams

LSS
PRIOR   APPEAL

Terminated Counts:

   NONE


Complaints                          Disposition

21:952,963 Conspiracy to
import marijuana
[ 0:00-m -4198 ]

Proceedings include all events.                                    LSS
0:00cr6230-ALL USA v. Williams                              PRIOR  APPEAL

ALDIN WILSON, DOB: 12/2/56 PRISONER# 55421-004

                defendant

=========================

ESROM WILLIAMS, DOB: 6/11/59 PRISONER# 55425-004

                defendant

=========================

DAVID NESBETH, DOB: 1/4/59 PRISONER# 55423-004

                defendant

=========================

THADDEUS WARREN, DOB: 4/15/65 PRISONER# 55424-004

                defendant

=========================

CLIFFORD GRANSTON, DOB: 2/7/57 PRISONER# 55420-004

                defendant

=========================

MARC ANTHONY JOHNSON, DOB: 1/17/65 PRISONER# 55422-004

                defendant

=========================

USA

                plaintiff

U. S. Attorneys:

   Bertha R. Mitrani
   FTS 356-7336
   954-356-7255
   [COR LD NTC]
   United States Attorney's Office

Proceedings include all events.                                            LSS
0:00cr6230-ALL USA v. Williams                                      PRIOR  APPEAL

    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33394-3002
    954-356-7254

    PTS Officer
    FTS 356-7915
    954-769-5600
    [COR LD NTC]
    Pretrial Services Office
    299 E Broward Boulevard
    Suite 301
    Fort Lauderdale, FL 33301
    954-769-5600

    Probation Officer
    FTS 356-7061
    954-769-5500
    [COR LD NTC]
    United States Probation Office
    299 E Broward Boulevard
    Room 409
    Fort Lauderdale, FL 33301-1865
    954-769-5500

8/10/00  --    ARREST of Esrom Williams, David Nesbeth, Thaddeus Warren,
               Clifford Granston, Aldin Wilson, Marc Anthony Johnson
               [ 0:00-m -4198 ] (dd) [Entry date 08/10/00]

8/10/00  1     COMPLAINT as to Esrom Williams, David Nesbeth, Thaddeus
               Warren, Clifford Granston, Aldin Wilson, Marc Anthony
               Johnson
               [ 0:00-m -4198 ] (dd) [Entry date 08/10/00]

8/10/00  2     ORDER on Initial Appearance as to Marc Anthony Johnson Bond
               set to PTD Requested. Arraignment set for 9:30 8/18/00 ;
               Detention hearing set for 11:00 8/15/00 before Magistrate
               Judge Lurana S. Snow, , ( Signed by Magistrate Barry
               S. Seltzer on 8/10/00) Tape # 00-066
               [ 0:00-m -4198 ] (dd) [Entry date 08/10/00]

8/10/00  3     ORDER on Initial Appearance as to Esrom Williams Bond set
               to PTD Requested . Arraignment set for 9:30 8/18/00 ;
               Report re counsel set for 11:00 8/14/00; Detention hearing
               set for 11:00 8/15/00 before Magistrate Judge Lurana S.
               Snow, , ( Signed by Magistrate Barry S. Seltzer on
               8/10/00) Tape # 00-066 CCAP
               [ 0:00-m -4198 ] (dd) [Entry date 08/10/00]

8/10/00  4     ORDER on Initial Appearance as to Thaddeus Warren Bond set
               to PTD Requested. Arraignment set for 9:30 8/18/00 ; Report
               re counsel set for 11:00 8/14/00 ; Detention hearing set
               for 11:00 8/15/00 before Magistrate Judge Lurana S. Snow,
               , ( Signed by Magistrate Barry Seltzer on 8/10/00)
               Tape # 00-066 CCAP
               [ 0:00-m -4198 ] (dd) [Entry date 08/10/00]

8/10/00  5     ORDER on Initial Appearance as to Aldin Wilson Bond set to
               PTD Requested. Arraignment set for 9:30 8/18/00; Report re
               counsel set for 11:00 8/11/00 ; Detention hearing set for
               11:00 8/15/00 before Duty Magistrate, , ( Signed by
               Magistrate Barry S. Seltzer on 8/10/00) Tape # 00-066 CCAP
               [ 0:00-m -4198 ] (dd) [Entry date 08/10/00]

8/10/00  6     ORDER on Initial Appearance as to David Nesbeth Bond set to
               PTD Requested, for Appointment of Public Defender
               Arraignment set for 9:30 8/18/00 Detention hearing set for
               11:00 8/16/00 before Magistrate Judge Lurana S. Snow, ,
               ( Signed by Magistrate Barry S. Seltzer on 8/10/00) Tape
               # 00-066 CCAP
               [ 0:00-m -4198 ] (dd) [Entry date 08/10/00]

8/10/00  7     ORDER on Initial Appearance as to Clifford Granston Bond
               set to PTD Requested. Arraignment set for 9:30 8/18/00 ;
               Report re counsel set for 11:00 8/14/00 ; Detention hearing
               set for 11:00 8/15/00 before Magistrate Judge Lurana S.
               Snow, , ( Signed by Magistrate Barry S. Seltzer on
               8/10/00) Tape # 00-066
               [ 0:00-m -4198 ] (dd) [Entry date 08/10/00]

8/10/00  8   Minutes of Initial Appearance held on 8/10/00  before
             Magistrate Barry S. Seltzer as to Esrom Williams ;
             Defendant advised of charges, will hire an atty., IRC
             8/14/00, 8/15/00, 8/18/00. Court Reporter Name or Tape #:
             00-066
             [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/10/00  9   Minutes of Initial Appearance held on 8/10/00  before
             Magistrate Barry S. Seltzer as to David Nesbeth ; Defendant
             advised of charges, FPD appointed, PTD 8/16/00, arraignment
             8/18/00. Court Reporter Name or Tape #: 00-066
             [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/10/00  10  Minutes of Initial Appearance held on 8/10/00  before
             Magistrate Barry S. Seltzer as to Thaddeus Warren ;
             Defendant advised of charges, will hire an atty., IRC
             8/14/00, PTD 8/15/00 & 8/18/00. Court Reporter Name or Tape
             #: 00-066
             [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/10/00  11  Minutes of Initial Appearance held on 8/10/00  before
             Magistrate Barry S. Seltzer as to Clifford Granston ;
             Defendant advised of charges, will hire an atty., IRC
             8/14/00, PTD 8/15/00 & arraignment 8/18/00. Court Reporter
             Name or Tape #: 00-066
             [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/10/00  12  Minutes of Initial Appearance held on 8/10/00  before
             Magistrate Barry S. Seltzer as to Aldin Wilson ;  Defendant
             advised of charges, will try to hire an atty., IRC 8/11/00,
             arraignment 8/18/00 & PTD set 8/15/00. Court Reporter Name
             or Tape #: 00-066
             [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/10/00  14  Minutes of Initial Appearance held on 8/10/00  before
             Magistrate Barry S. Seltzer as to Marc Anthony Johnson ;
             Dfendant advised of charges, CJA-Richard Docobo appointed,
             PTD set 8/15/00, arraignment 8/18/00. Court Reporter Name
             or Tape #: 00-066
             [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/11/00  13  Minutes of Initial Appearance held on 8/11/00  before
             Magistrate Barry S. Seltzer as to Aldin Wilson ; Defendant
             advised of charges, will hire an atty., IRC 8/14/00, PTD
             8/15/00 and arraignment 8/18/00. Court Reporter Name or
             Tape #: 00-066
             [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/11/00  15  REPORT Commencing Criminal Action as to Esrom Williams
             DOB: 6/11/59  Prisoner # 55425-004
             [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/11/00  16     REPORT Commencing Criminal Action as to Thaddeus Warren
                DOB: 4/15/65  Prisoner # 55424-004
                [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/11/00  17     REPORT Commencing Criminal Action as to David Nesbeth  DOB:
                1/4/59  Prisoner # 55423-004
                [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/11/00  18     REPORT Commencing Criminal Action as to Marc Anthony
                Johnson  DOB: 1/17/65  Prisoner # 55422-004
                [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/11/00  19     REPORT Commencing Criminal Action as to Aldin Wilson  DOB:
                12/2/56  Prisoner # 55421-004
                [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/11/00  20     REPORT Commencing Criminal Action as to Clifford Granston
                DOB: 2/7/57  Prisoner # 55420-004
                [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/11/00  21     CJA 20 as to Marc Anthony Johnson : Appointment of Attorney
                Richard Douglas Docobo ( Signed by Magistrate Barry S.
                Seltzer  on 8/11/00)
                [ 0:00-m -4198 ] (dd) [Entry date 08/14/00]

8/14/00  22     Minutes of inquiry re counsel held on 8/14/00  before
                Magistrate Judge Lurana S. Snow as to Esrom Williams ;
                Steven Rosen phoned in his appearance and requested that
                the PTD hearing be continued to Wednesday, August 16 at 11
                a.m. Tape #: 00-040
                [ 0:00-m -4198 ] (pb) [Entry date 08/14/00]

8/14/00  23     Minutes of inquiry re counsel held on 8/14/00  before
                Magistrate Judge Lurana S. Snow as to Aldin Wilson ;
                Defendant stated he is retaining Irwin Lichter. Tape #:
                00-040
                [ 0:00-m -4198 ] (pb) [Entry date 08/14/00]

8/15/00  24     Minutes of pretrial detention held on 8/15/00  before
                Magistrate Judge Lurana S. Snow as to Clifford Granston ;
                Detention Ordered. Tape #: 00-040
                [ 0:00-m -4198 ] (pb) [Entry date 08/16/00]

8/15/00  --     Detention hearing as to Clifford Granston, Aldin Wilson,
                Marc Anthony Johnson  held
                [ 0:00-m -4198 ] (pb) [Entry date 08/16/00]

8/15/00  25     Minutes of pretrial detention held on 8/15/00  before
                Magistrate Judge Lurana S. Snow as to Aldin Wilson ;
                Detention Ordered. Tape #: 00-040/041
                [ 0:00-m -4198 ] (pb) [Entry date 08/16/00]

Proceedings include all events.                                          LSS
0:00cr6230-ALL USA v. Williams                                    PRIOR  APPEAL

8/15/00  26    Minutes of pretrial detention held on 8/15/00  before
               Magistrate Judge Lurana S. Snow as to Marc Anthony Johnson ;
               Detention Ordered. Tape #: 00-040/041
               [ 0:00-m -4198 ] (pb) [Entry date 08/16/00]

8/15/00  27    NOTICE of Appearance for Clifford Granston by Attorney
               Junior Wane Farquharson
               [ 0:00-m -4198 ] (pb) [Entry date 08/16/00]

8/15/00  28    NOTICE of Assignment of Assistant Public Defender for David
               Nesbeth . Terminated attorney Public Defender for David
               Nesbeth AFPD Patrick Michael Hunt assigned.
               [ 0:00-m -4198 ] (dd) [Entry date 08/16/00]

8/15/00  29    DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
               David Nesbeth
               [ 0:00-m -4198 ] (dd) [Entry date 08/16/00]

8/16/00  30    Minutes of pretrial detention hearing held on 8/16/00
               before Magistrate Judge Lurana S. Snow as to David Nesbeth ;
               Tape #: 00-042
               [ 0:00-m -4198 ] (pb) [Entry date 08/17/00]

8/16/00  31    Minutes of Pretrial detention hearing held on 8/16/00
               before Magistrate Judge Lurana S. Snow as to Thaddeus
               Warren  Tape #: 00-042
               [ 0:00-m -4198 ] (pb) [Entry date 08/17/00]

8/16/00  32    Minutes of Pretrial Detention Hearing held on 8/16/00
               before Magistrate Judge Lurana S. Snow as to Esrom Williams
               Stipulated bond set. Tape #: 00/042
               [ 0:00-m -4198 ] (pb) [Entry date 08/17/00]

8/16/00  33    WAIVER of timely pretrial detention hearing  as to David
               Nesbeth.  Defendant's PTD hearing reset to August 21, 2000
               at 11 a.m. before Judge Snow.
               [ 0:00-m -4198 ] (pb) [Entry date 08/17/00]

8/16/00  34    Waiver of Timely  Preliminary Examination or Hearing by
               Esrom Williams ( Signed by Magistrate Judge Lurana S. Snow
               on 8/16/00) CCAP [EOD Date: 8/17/00]
               [ 0:00-m -4198 ] (pb) [Entry date 08/17/00]

8/17/00  35    CORPORATE SURETY BOND entered by Esrom Williams  in
               Amount $ 75,000 (Surety Information: American Bankers ,
               Catherin Crespo , 1575 NW 14 St, Miami, 954-463-6363)
               Approved by Magistrate Judge Lurana S. Snow . Surrender
               passports/travel documents; Report to PTS as follows: once
               a week in person
               [ 0:00-m -4198 ] (pb) [Entry date 08/18/00]

Docket as of January 23, 2001 9:08 am                    Page 13

Proceedings include all events.                                    LSS
0:00cr6230-ALL USA v. Williams                               PRIOR  APPEAL

8/17/00  36    PERSONAL SURETY BOND entered by Esrom Williams  in  Amount
               $ 200,000   Approved by Magistrate Judge Lurana S. Snow .
               Surrender passports/travel documents;  Report to PTS as
               follows: once a week in person; bond cosigned by six family
               members.
               [ 0:00-m -4198 ] (pb) [Entry date 08/18/00]

8/17/00  37    INDICTMENT as to Aldin Wilson (1) count(s) 1, 2, 3, 4,
               Esrom Williams (2) count(s) 1, 2, 3, 4, David Nesbeth (3)
               count(s) 1, 2, 3, 4, Thaddeus Warren (4) count(s) 1, 2, 3,
               4, Clifford Granston (5) count(s) 3, 4, Marc Anthony
               Johnson (6) count(s) 1, 2, 3, 4 (Criminal Category 1) (pb)
               [Entry date 08/18/00]

8/17/00  --    Magistrate identification:   Magistrate Judge Lurana S. Snow
               (pb) [Entry date 08/18/00]

8/18/00  38    Minutes of Inquiry re counsel/Arraignment held on 8/18/00
               before Magistrate Judge Lurana S. Snow as to Aldin Wilson;
               Status Conference 9/8/00 at 11:00; Court Reporter Name or
               Tape #: 00-044 @ 245-345 (ss) [Entry date 08/18/00]

8/18/00  39    Minutes of Arraignment held on 8/18/00 before Magistrate
               Judge Lurana S. Snow as to David Nesbeth; Status Conference
               9/8/00 at 11:00; Court Reporter Name or Tape #: 00-044 @
               354-387 (ss) [Entry date 08/18/00]

8/18/00  40    Minutes of Arraignment held on 8/18/00 before Magistrate
               Judge Lurana S. Snow as to Thaddeus Warren; Status
               Conference 9/8/00 at 11:00; Court Reporter Name or Tape #:
               00-044 @ 245-345 (ss) [Entry date 08/18/00]

8/18/00  41    Minutes of Arraignment held on 8/18/00 before Magistrate
               Judge Lurana S. Snow as to Clifford Granston; Status
               Conference 9/8/00 at 11:00; Court Reporter Name or Tape #:
               00-044 @ 245-345 (ss) [Entry date 08/18/00]

8/18/00  42    Minutes of Arraignment held on 8/18/00 before Magistrate
               Judge Lurana S. Snow as to Marc Anthony Johnson; Status
               Conference 9/8/00 at 11:00; Court Reporter Name or Tape #:
               00-044 @ 245-345 (ss) [Entry date 08/18/00]

8/18/00  43    ARRAIGNMENT INFORMATION SHEET for Aldin Wilson (1) count(s)
               1, 2, 3, 4  NOT GUILTY PLEA ENTERED as to all counts. Court
               accepts plea. (ss) [Entry date 08/18/00]

8/18/00  44    ARRAIGNMENT INFORMATION SHEET for David Nesbeth (3)
               count(s) 1, 2, 3, 4 NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (ss) [Entry date 08/18/00]

8/18/00  45    ARRAIGNMENT INFORMATION SHEET for Thaddeus Warren (4)
               count(s) 1, 2, 3, 4 NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (ss) [Entry date 08/18/00]

Proceedings include all events.                                                    LSS
0:00cr6230-ALL USA v. Williams                          Vd. 1 Con PRIOR    APPEAL

8/18/00   46    ARRAIGNMENT INFORMATION SHEET for Clifford Granston (5)
                count(s) 3, 4 NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (ss) [Entry date 08/18/00]

8/18/00   47    ARRAIGNMENT INFORMATION SHEET for Marc Anthony Johnson (6)
                count(s) 1, 2, 3, 4 NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (ss) [Entry date 08/18/00]

8/18/00   48    NOTICE of Appearance for Thaddeus Warren by Attorney Martin
                L. Roth (ss) [Entry date 08/18/00]

8/18/00   (49)  STANDING DISCOVERY ORDER as to Aldin Wilson, Thaddeus
                Warren, Clifford Granston, Marc Anthony Johnson, David
                Nesbeth all motions concerning matters not covered by this
                order must be filed within 28 days of this order (Signed by
                Magistrate Judge Lurana S. Snow on 8/18/00) Tape # 00-044
                CCAP (ss) [Entry date 08/18/00]

8/18/00   (50)  ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Aldin Wilson, Thaddeus Warren, Clifford Granston,
                Marc Anthony Johnson, David Nesbeth Status conference set
                for 11:00 9/8/00 for Aldin Wilson, for Thaddeus Warren, for
                Clifford Granston, for Marc Anthony Johnson, for David
                Nesbeth before Magistrate Barry S. Seltzer (Signed by
                Magistrate Judge Lurana S. Snow on 8/18/00) CCAP [EOD Date:
                8/18/00] CCAP (ss) [Entry date 08/18/00]

8/21/00   51    Minutes of Pretrial Detention held on 8/21/00 before
                Magistrate Judge Lurana S. Snow as to David Nesbeth; Court
                Reporter Name or Tape #: 00-045 @ 1406-2766 (ss)
                [Entry date 08/22/00]

8/21/00   --    Pretrial Detention hearing as to David Nesbeth held (ss)
                [Entry date 08/22/00]

8/21/00   52    NOTICE of Appearance for David Nesbeth by Attorney Nathan
                Philip Diamond (ss) [Entry date 08/22/00]

8/21/00   53    MOTION by Clifford Granston to reconsider detention order
                (ss) [Entry date 08/22/00]

8/22/00   (54)  NOTICE of Hearing as to Aldin Wilson, Esrom Williams, David
                Nesbeth, Thaddeus Warren, Clifford Granston, Marc Anthony
                Johnson: Set Jury trial for 9:00 9/25/00 for Aldin Wilson,
                for Esrom Williams, for David Nesbeth, for Thaddeus Warren,
                for Clifford Granston, for Marc Anthony Johnson before
                Judge William P. Dimitrouleas, Set calendar call for 9:00
                9/22/00 for Aldin Wilson, for Esrom Williams, for David
                Nesbeth, for Thaddeus Warren, for Clifford Granston, for
                Marc Anthony Johnson before Judge William P. Dimitrouleas
                (ss) [Entry date 08/22/00]

8/22/00   55    ORDER OF DETENTION as to Clifford Granston (Signed by
                Magistrate Judge Lurana S. Snow on 8/22/00) CCAP (ss)

Proceedings include all events.                                    LSS
0:00cr6230-ALL USA v. Williams                              PRIOR  APPEAL

[Entry date 08/23/00]                          Vol. 1 Cont.

8/22/00  56    ORDER OF DETENTION as to Marc Anthony Johnson (Signed by
               Magistrate Judge Lurana S. Snow on 8/22/00)  CCAP (ss)
               [Entry date 08/23/00]

8/22/00  (57)  ORDER OF DETENTION as to Aldin Wilson (Signed by Magistrate
               Judge Lurana S. Snow on 8/22/00)  CCAP (ss)
               [Entry date 08/23/00]

8/22/00  58    ORDER OF DETENTION as to David Nesbeth (Signed by
               Magistrate Judge Lurana S. Snow on 8/22/00)  CCAP (ss)
               [Entry date 08/23/00]

8/23/00  59    NOTICE OF APPEAL by David Nesbeth from [58-1] order (ss)
               [Entry date 08/24/00]

8/24/00  60    MOTION by David Nesbeth for termination of appointment of
               Federal Public Defender as counsel (ss)
               [Entry date 08/25/00]

8/24/00  61    ORDER Directing USA to respond: Response to motion reset
               to 8/28/00 for Clifford Granston for [53-1] motion to
               reconsider detention order (Signed by Magistrate Judge
               Lurana S. Snow on 8/24/00) CCAP [EOD Date: 8/25/00] CCAP
               (ss) [Entry date 08/25/00]

8/25/00  62    ORDER as to David Nesbeth granting [60-1] motion for
               termination of appointment of Federal Public Defender as
               counsel (Terminated: attorney Patrick Michael Hunt for
               David Nesbeth, attorney Public Defender for David Nesbeth
               as to David Nesbeth (3) (Signed by Judge William P.
               Dimitrouleas on 8/25/00) CCAP [EOD Date: 8/28/00] CCAP (ss)
               [Entry date 08/28/00]

8/25/00  63    Minutes of Arraignment/IRC held on 8/25/00 before
               Magistrate Judge Lurana S. Snow as to Esrom Williams;
               Preliminary/Arraignment 9/5/00 at 11:00; Court Reporter
               Name or Tape #: 00-046 @ 1469-1509 (ss)
               [Entry date 08/28/00]

8/25/00  --    Inquiry Re Counsel as to Esrom Williams held (ss)
               [Entry date 08/28/00]

8/28/00  64    RESPONSE by USA as to Clifford Granston re [53-1] motion to
               reconsider detention order (ss) [Entry date 08/29/00]

9/1/00   (65)  RESPONSE to Standing Discovery Order by USA as to Aldin
               Wilson (ss) [Entry date 09/05/00]

9/5/00   66    Minutes of Inquiry re Counsel/Arraignment held on 9/5/00
               before Magistrate Barry S. Seltzer as to Esrom Williams;
               Status Conference 9/21/00 at 11:00; Court Reporter Name or
               Tape #: 00-070 @ 1300-1380 (ss) [Entry date 09/06/00]

Vol. 1 cont.

| | | |
|---|---|---|
| 9/5/00 | 67 | ARRAIGNMENT INFORMATION SHEET for Esrom Williams (2) count(s) 1, 2, 3, 4 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 09/06/00] |
| 9/5/00 | 68 | NOTICE of Appearance for Esrom Williams by Attorney Stephen Howard Rosen (ss) [Entry date 09/06/00] |
| 9/5/00 | 69 | STANDING DISCOVERY ORDER as to Esrom Williams all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Barry S. Seltzer on 9/5/00) CCAP (ss) [Entry date 09/06/00] |
| 9/5/00 | 70 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Esrom Williams Status conference set for 11:00 9/21/00 for Esrom Williams before Magistrate Judge Lurana S. Snow (Signed by Magistrate Barry S. Seltzer on 9/5/00) CCAP [EOD Date: 9/6/00] CCAP (ss) [Entry date 09/06/00] |
| 9/8/00 | 71 | Minutes of Status Conference held on 9/8/00 before Magistrate Barry S. Seltzer as to Marc Anthony Johnson; Court Reporter Name or Tape #: 00-072 @ 500-679 (ss) [Entry date 09/08/00] |
| 9/8/00 | -- | Status conference as to Marc Anthony Johnson held (ss) [Entry date 09/08/00] |
| 9/8/00 | 72 | Minutes of Status Conference held on 9/8/00 before Magistrate Barry S. Seltzer as to David Nesbeth; Court Reporter Name or Tape #: 00-072 @ 500-711 (ss) [Entry date 09/08/00] |
| 9/8/00 | -- | Status conference as to David Nesbeth held (ss) [Entry date 09/08/00] |
| 9/8/00 | (73) | Minutes of Status Conference held on 9/8/00 before Magistrate Barry S. Seltzer as to Aldin Wilson; Court Reporter Name or Tape #: 00-072 @ 500-645 (ss) [Entry date 09/08/00] |
| 9/8/00 | -- | Status conference as to Aldin Wilson held (ss) [Entry date 09/08/00] |
| 9/8/00 | 74 | Minutes of Status Conference held on 9/8/00 before Magistrate Barry S. Seltzer as to Clifford Granston; Court Reporter Name or Tape #: 00-072 @ 500-614 (ss) [Entry date 09/08/00] |
| 9/8/00 | -- | Status conference as to Clifford Granston held (ss) [Entry date 09/08/00] |
| 9/8/00 | 75 | Minutes of Status Conference held on 9/8/00 before Magistrate Barry S. Seltzer as to Thaddeus Warren; Court Reporter Name or Tape #: 00-072 @ 500-573 (ss) |

Proceedings include all events.                                    LSS
0:00cr6230-ALL USA v. Williams                              PRIOR  APPEAL

[Entry date 09/08/00]

| | | |
|---|---|---|
| 9/8/00 | -- | Status conference as to Thaddeus Warren held (ss) [Entry date 09/08/00] |
| 9/11/00 | (76) | STATUS REPORT ORDER as to Aldin Wilson. (Signed by Magistrate Barry S. Seltzer on 9/8/00) CCAP [EOD Date: 9/12/00] CCAP (ss) [Entry date 09/12/00] |
| 9/11/00 | 77 | STATUS REPORT ORDER as to David Nesbeth. (Signed by Magistrate Barry S. Seltzer on 9/8/00) CCAP [EOD Date: 9/12/00]  CCAP (ss) [Entry date 09/12/00] |
| 9/11/00 | 78 | STATUS REPORT ORDER as to Thaddeus Warren. (Signed by Magistrate Barry S. Seltzer on 9/8/00) CCAP [EOD Date: 9/12/00] CCAP (ss) [Entry date 09/12/00] |
| 9/11/00 | 79 | STATUS REPORT ORDER as to Clifford Granston. (Signed by Magistrate Barry S. Seltzer on 9/8/00) CCAP [EOD Date: 9/12/00] CCAP (ss) [Entry date 09/12/00] |
| 9/11/00 | 80 | STATUS REPORT ORDER as to Marc Anthony Johnson. (Signed by Magistrate Barry S. Seltzer on 9/8/00) CCAP [EOD Date: 9/12/00] CCAP (ss) [Entry date 09/12/00] |
| 9/12/00 | 81 | MOTION by Clifford Granston for substitution of John W. Thornton, Jr. as Counsel (ss) [Entry date 09/13/00] |
| 9/12/00 | 82 | ORDER as to Clifford Granston granting [81-1] motion for substitution of John W. Thornton, Jr. as Counsel (Terminated: attorney Junior Wane Farquharson for Clifford Granston Added: John William Thornton Jr.) as to Clifford Granston (5) (Signed by Judge William P. Dimitrouleas on 9/12/00) CCAP [EOD Date: 9/13/00] CCAP※ (ss) [Entry date 09/13/00] |
| 9/13/00 | 83 | ORDER as to Clifford Granston denying [53-1] motion to reconsider detention order as to Clifford Granston (5) (Signed by Magistrate Judge Lurana S. Snow on 9/13/00) CCAP [EOD Date: 9/14/00] CCAP※ (ss) [Entry date 09/14/00] |
| 9/14/00 | 84 | MOTION by David Nesbeth to continue trial (ss) [Entry date 09/14/00] |
| 9/14/00 | 85 | MOTION by Clifford Granston for order continuing trial (ss) [Entry date 09/15/00] |
| 9/15/00 | 86 | ORDER as to David Nesbeth denying without prejudice [84-1] motion to continue trial as to David Nesbeth (3) (Signed by Judge William P. Dimitrouleas on 9/15/00) CCAP [EOD Date: 9/18/00] CCAP※ (ss) [Entry date 09/18/00] |

| 9/15/00 | 87 | ORDER as to Clifford Granston denying without prejudice [85-1] motion for order continuing trial as to Clifford Granston (5) (Signed by Judge William P. Dimitrouleas on 9/15/00) CCAP [EOD 9/18/00] CCAP (ss) [Entry date 09/18/00] |
|---|---|---|
| 9/18/00 | 88 | TRANSCRIPT filed as to David Nesbeth of Pretrial Detention Hearing held 8/21/00 before Judge Lurana S. Snow Volume #: I  Pages: 1 through 30 (ss) [Entry date 09/18/00] |
| 9/18/00 | 89 | MOTION by Esrom Williams to Adopt Motion of Other Defendant [84-1] motion to continue trial (ss) [Entry date 09/18/00] |
| 9/19/00 | 90 | ORDER as to Esrom Williams denying [89-1] motion to Adopt Motion of Other Defendant [84-1] motion to continue trial as to Esrom Williams (2) (Signed by Judge William P. Dimitrouleas on 9/19/00) CCAP [EOD Date: 9/20/00] CCAP (ss) [Entry date 09/20/00] |
| 9/21/00 | 91 | Minutes of Status Conference held on 9/21/00 before Magistrate Judge Lurana S. Snow as to Esrom Williams; Court Reporter Name or Tape #: 00-050 (ss) [Entry date 09/21/00] |
| 9/21/00 | -- | Status conference as to Esrom Williams held (ss) [Entry date 09/21/00] |
| 9/21/00 | 92 | MOTION by Marc Anthony Johnson for continuance of trial (ss) [Entry date 09/21/00] |
| 9/21/00 | 93 | FIRST SUPPLEMENT by USA as to Aldin Wilson, Esrom Williams, David Nesbeth, Thaddeus Warren, Clifford Granston, Marc Anthony Johnson  to: [65-1] order response (lh) [Entry date 09/22/00] |
| 9/22/00 | 94 | Minutes of Calendar Call/Status Conference held on 9/22/00 before Judge William P. Dimitrouleas as to Aldin Wilson, Esrom Williams, David Nesbeth, Thaddeus Warren, Clifford Granston, Marc Anthony Johnson; Calendar Call 11/24/00 at 9:00; Trial Period 11/27/00 at 9:00 as to Williams, Nesbeth, Granston and Johnson; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 09/25/00] |
| 9/22/00 | -- | Calendar call as to Aldin Wilson, Esrom Williams, David Nesbeth, Thaddeus Warren, Clifford Granston, Marc Anthony Johnson held (ss) [Entry date 09/25/00] |
| 9/22/00 | 95 | Minutes of Change of Plea held on 9/22/00 before Judge William P. Dimitrouleas as to Thaddeus Warren; GUILTY: Thaddeus Warren (4) count(s) 1; Sentencing 12/1/00 at 11:30; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 09/25/00] |
| 9/22/00 | -- | Change of Plea Hearing as to Thaddeus Warren held (ss) [Entry date 09/25/00] |

Proceedings include all events.
0:00cr6230-ALL USA v. Williams

                                                              LSS
                                                      PRIOR  APPEAL
                                            Vol. 1 Cont.

| | | |
|---|---|---|
| 9/22/00 | 96 | Plea Agreement as to Thaddeus Warren (ss) [Entry date 09/25/00] |
| 9/22/00 | 97 | NOTICE of Hearing as to Thaddeus Warren: Setting Sentencing for 11:30 12/1/00 for Thaddeus Warren before Judge William P. Dimitrouleas (ss) [Entry date 09/25/00] |
| 9/22/00 | (98) | Minutes of Change of Plea held on 9/22/00 before Judge William P. Dimitrouleas as to Aldin Wilson; GUILTY: Aldin Wilson (1) count(s) 1; Sentencing 12/1/00 at 11:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 09/25/00] |
| 9/22/00 | -- | Change of Plea Hearing as to Aldin Wilson held (ss) [Entry date 09/25/00] |
| 9/22/00 | (99) | Plea Agreement as to Aldin Wilson (ss) [Entry date 09/25/00] |
| 9/22/00 | (100) | NOTICE of Hearing as to Aldin Wilson: Setting Sentencing for 11:00 12/1/00 for Aldin Wilson before Judge William P. Dimitrouleas (ss) [Entry date 09/25/00] |
| 9/22/00 | 101 | ORDER as to Marc Anthony Johnson granting [92-1] motion for continuance of trial as to Marc Anthony Johnson (6) Reset Jury trial for 9:00 11/27/00 before Judge William P. Dimitrouleas, Reset calendar call for 9:00 11/24/00 before Judge William P. Dimitrouleas (Signed by Judge William P. Dimitrouleas on 9/22/00) CCAP [EOD Date: 9/25/00] CCAP※ (ss) [Entry date 09/25/00] |
| 9/22/00 | 102 | ORDER as to Esrom Williams, David Nesbeth, Clifford Granston, Marc Anthony Johnson granting motion to continue; Reset Jury trial for 9:00 11/27/00 for Esrom Williams, for David Nesbeth, for Granston, for Marc Anthony Johnson before Judge William Dimitrouleas, Reset calendar call for 9:00 11/24/00 for Esrom Williams, for David Nesbeth, for Clifford Granston, for Marc Anthony Johnson before Judge William P. Dimitrouleas, to Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 9/22/00) CCAP [EOD 9/25/00] CCAP※ (ss) [Entry date 09/25/00] |
| 9/25/00 | 103 | STATUS REPORT ORDER as to Esrom Williams. (Signed by Magistrate Judge Lurana S. Snow on 9/25/00) CCAP [EOD Date: 9/26/00] CCAP (ss) [Entry date 09/26/00] |
| 10/3/00 | 104 | TRANSCRIPT filed as to Marc Anthony Johnson, Clifford Granston, Aldin Wilson of Pretrial Detention held 8/15/00 before Judge Lurana S. Snow Volume #: I Pages: 1 through 71 (ss) [Entry date 10/04/00] |

                                                     Vol. 2

10/18/00  105    ORDER as to Thaddeus Warren granting request to postpone
                 sentencing; Resetting Sentencing for 11:30 12/22/00 for
                 Thaddeus Warren before Judge William P. Dimitrouleas
                 (Signed by Judge William P. Dimitrouleas on 10/19/00) CCAP
                 [EOD Date: 10/19/00] CCAP❈ (ss) [Entry date 10/19/00]

11/8/00   106    MOTION by Marc Anthony Johnson for continuance of trial (ss)
                 [Entry date 11/09/00]

11/9/00   107    OBJECTIONS by Aldin Wilson to Presentence Investigation
                 Report and sentencing factors contained therein (ss)
                 [Entry date 11/09/00]

11/16/00  108    ORDER as to Marc Anthony Johnson denying without prejudice
                 [106-1] motion for continuance of trial as to Marc Anthony
                 Johnson (6) (Signed by Judge William P. Dimitrouleas on
                 11/16/00) CCAP [EOD Date: 11/16/00] CCAP❈ (ss)
                 [Entry date 11/16/00]

11/20/00  109    Minutes of Change of Plea held on 11/20/00 before Judge
                 William P. Dimitrouleas as to Esrom Williams; GUILTY:
                 Esrom Williams (2) count(s) 3; Sentencing 3/2/01 at 10:30;
                 Court Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 11/21/00]

11/20/00  --     Change of Plea Hearing as to Esrom Williams held (ss)
                 [Entry date 11/21/00]

11/20/00  110    Plea Agreement as to Esrom Williams (ss)
                 [Entry date 11/21/00]

11/20/00  111    NOTICE of Hearing as to Esrom Williams: Setting Sentencing
                 for 10:30 3/2/01 for Esrom Williams before Judge William P.
                 Dimitrouleas (ss) [Entry date 11/21/00]

11/22/00  112    Minutes of Change of Plea held on 11/22/00 before Judge
                 William P. Dimitrouleas as to Clifford Granston; GUILTY:
                 Clifford Granston (5) count(s) 4; Sentencing 2/2/01 at
                 10:30; Court Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 11/27/00]

11/22/00  --     Change of Plea Hearing as to Clifford Granston held (ss)
                 [Entry date 11/27/00]

11/22/00  113    Plea Agreement as to Clifford Granston (ss)
                 [Entry date 11/27/00]

11/22/00  114    NOTICE of Hearing as to Clifford Granston: Setting
                 Sentencing for 10:30 2/2/01 for Clifford Granston before
                 Judge William P. Dimitrouleas (ss) [Entry date 11/27/00]

11/22/00 118    Minutes of Change of Plea held on 11/22/00 before Judge
                William P. Dimitrouleas as to David Nesbeth; GUILTY: David
                Nesbeth (3) count(s) 3; Sentencing 2/9/01 at 10:30; Court
                Reporter Name or Tape #: Bob Ryckoff (ss)
                [Entry date 11/27/00]

11/22/00 --     Change of Plea Hearing as to David Nesbeth held (ss)
                [Entry date 11/27/00]

11/22/00 119    Plea Agreement as to David Nesbeth (ss)
                [Entry date 11/27/00]

11/22/00 120    NOTICE of Hearing as to David Nesbeth: Setting Sentencing
                for 10:30 2/9/01 for David Nesbeth before Judge William P.
                Dimitrouleas (ss) [Entry date 11/27/00]

11/24/00 115    Minutes of Change of Plea held on 11/24/00 before Judge
                William P. Dimitrouleas as to Marc Anthony Johnson;
                GUILTY: Marc Anthony Johnson (6) count(s) 1; Sentencing
                2/2/01 at 11:00; Court Reporter Name or Tape #: Bob Ryckoff
                (ss) [Entry date 11/27/00]

11/24/00 --     Change of Plea Hearing as to Marc Anthony Johnson held (ss)
                [Entry date 11/27/00]

11/24/00 116    Plea Agreement as to Marc Anthony Johnson (ss)
                [Entry date 11/27/00]

11/24/00 117    NOTICE of Hearing as to Marc Anthony Johnson: Setting
                Sentencing for 11:00 2/2/01 for Marc Anthony Johnson before
                Judge William P. Dimitrouleas (ss) [Entry date 11/27/00]

11/30/00 121    OBJECTION by Thaddeus Warren to Presentence Investigation
                Report (ss) [Entry date 12/01/00]

12/1/00  (122)  Minutes of Sentencing held on 12/1/00 before Judge William
                P. Dimitrouleas as to Aldin Wilson; Court Reporter Name or
                Tape #: Bob Ryckoff (ss) [Entry date 12/01/00]

12/1/00  --     Sentencing held Aldin Wilson (1) count(s) 1 (ss)
                [Entry date 12/04/00]

12/1/00  (123)  JUDGMENT as to Aldin Wilson (1) count(s) 1. Imprisonment 87
                months; Supervised Release 60 months; Assessment $100.00;
                count(s) 2, 3, 4. Dismissed (Signed by Judge William P.
                Dimitrouleas on 12/1/00) CCAP [EOD 12/4/00] CCAP (ss)
                [Entry date 12/04/00]

12/7/00  (124)  NOTICE OF APPEAL by Aldin Wilson re: [123-1] judgment order
            .    EOD Date: 12/4/00; Aldin Wilson (1) count(s) 1;  Filing
                Fee: $ 105.00 Receipt #: 521110; Copies to USCA, AUSA, USM,
                USPO and Counsel of Record. (gf) [Entry date 12/08/00]

12/8/00  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Aldin Wilson [124-1] appeal (gf)
                 [Entry date 12/08/00]

12/18/00 --      NOTICE of Receipt of Transmittal Letter from USCA as to
                 Aldin Wilson Re: [124-1] appeal  USCA Number: 00-16436-F
                 (dl) [Entry date 12/19/00]

12/21/00 125     UNOPPOSED MOTION by Clifford Granston for Release on Bond
                 (ss) [Entry date 12/22/00]

12/22/00 126     ORDER as to Clifford Granston granting [125-1] unopposed
                 motion for release on bond: Bond admitted on following
                 conditions a) $100,000 Personal Surety co-signed by sister
                 and brother-in-law b) $20,000 Corporate Surety collaterized
                 by defendant's home c) Reporting as required by PTS and
                 random drug testing (Signed by Judge William P.
                 Dimitrouleas on 12/22/00) CCAP [EOD Date: 12/22/00] CCAP
                 (ss) [Entry date 12/22/00]

12/22/00 127     Minutes of Sentencing held on 12/22/00 before Judge William
                 P. Dimitrouleas as to Thaddeus Warren; Court Reporter Name
                 or Tape #: Bob Ryckoff (ss) [Entry date 12/22/00]

12/22/00 --      Sentencing  held Thaddeus Warren (4) count(s) 1 (dp)
                 [Entry date 12/26/00]

12/22/00 (129)   TRANSCRIPT INFORMATION FORM as to Aldin Wilson re: [124-1]
                 appeal received. (Forwarded to Court Reporter Coordinator)
                 (gf) [Entry date 12/27/00]

12/26/00 128     JUDGMENT as to  Thaddeus Warren (4) count(s) 2, 3 , 4 .
                 Counts dismissed , Thaddeus Warren (4) count(s) 1.  70
                 months imprisonment, 5 years supervised release and $100
                 special assessment  ( Signed by Judge William P.
                 Dimitrouleas on 12/26/00) CCAP [EOD Date: 12/26/00]  CCAP
                 (dp) [Entry date 12/26/00]

12/27/00 130      APPEARANCE BOND entered by Clifford Granston  in  Amount $
                 100,000 PSB   Approved by Judge William P. Dimitrouleas .
                 Report to PTS as follows: as directed  Random urine testing;
      (dp) [Entry date 12/28/00]

12/27/00 131      APPEARANCE BOND entered by Clifford Granston  in  Amount $
                 20,000 CSB (Surety Information: Ranger Insurance Company ,
                 Barry Hahn , 905 Brickell Bay Dr. Miami FL)   Approved by
                 Judge William P. Dimitrouleas .  Report to PTS as follows:
                 as directed  Random urine testing; (dp)
                 [Entry date 12/28/00]

1/5/01  (132)    Appeal Information Sheet as to Aldin Wilson  re: [124-1]
                 appeal Transcript due 2/5/01 for Aldin Wilson (gf)
                 [Entry date 01/10/01]

Docket as of January 23, 2001 9:08 am                    Page 23

Proceedings include all events.                                    LSS
0:00cr6230-ALL USA v. Williams                          PRIOR  APPEAL

| 1/16/01 | 133 | POSITION with respect to sentencing factors by Clifford Granston (ss) [Entry date 01/17/01] |
|---------|-----|---|
| 1/19/01 | 134 | TRANSCRIPT filed as to Aldin Wilson  of Sentence held 12/01/00  before Judge William P. Dimitrouleas  Volume #: 1 Pages: 1-59  re: [124-1] appeal . Appeal record due on 2/3/01 for Aldin Wilson (gf) [Entry date 01/19/01] |
| 1/19/01 | 135 | OBJECTION with memorandum of law by David Nesbeth to Presentence Investigation Report and Notice of request for downward departure (ss) [Entry date 01/22/01] |
| 1/23/01 | 136 | Certificate of readiness transmitted to USCA as to Aldin Wilson  re: [124-1] appeal  by Aldin Wilson  USCA # 00-16436-F (dl) [Entry date 01/23/01] |