UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALDIN WILSON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

CASE NO. 03-60707-CIV-DIMITROULEAS
(00-6230-CR-DIMITROULEAS)



FILED by ___ D.C.

APR 14 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### FINAL JUDGMENT AND ORDER DISMISSING APPLICATION FOR WRIT OF HABEAS CORPUS AS TIME-BARRED

THIS CAUSE having been heard upon Petitioner's (Wilson) April 2, 2003 Application For Writ of Habeas Corpus[1] [DE-1], and the Court having reviewed the court file, and having presided over this cause, finds as follows:

1. On August 17, 2000, Wilson and five (5) others were indicted and charged with Conspiracy to Import in excess of one hundred (100) kilograms of Marijuana and three other felonies. [CR-DE-37].

2. On September 22, 2000, Wilson pled guilty to the Conspiracy charge. [CR-DE-98].

3. On November 9, 2000, Wilson's counsel filed objections to the Pre-Sentence Investigation Report (PSIR), including an objection to a four (4) level enhancement for being an organizer, supervisor or leader of others. [CR-DE-107].

---

[1] Wilson's oath is qualified "to the best of his knowledge, information and belief." There is no oath following the memorandum of law, which contains the factual allegations in the petition. If the petition were otherwise sufficient, the court would have given Wilson an opportunity to verify the facts.

1



4. On December 1, 2000, this court not only sustained the objection to an enhancement for role in the offense, but also granted a two (2) level reduction for minor role, a six (6) level swing. [CR-DE-123, p. 8]. Wilson was sentenced to the high end of the recommended guidelines range: 87 months in prison.

5. On June 19, 2001[2], the Eleventh Circuit Court of Appeal affirmed. [CR-DE-163]. U.S. v. Wilson, 264 F. 3d 1147 (11th Cir. 2001). Mandate issued on July 18, 2001. Wilson's conviction became final on September 17, 2001. Clay v. U.S., 123 S. Ct. 1072 (2003); Kaufman v. U.S., 282 F. 3d 1336 (11th Cir), cert. denied, 123 S. Ct. 287 (2002).

6. On April 2, 2003, Wilson filed this Petition for Writ of Habeas Corpus alleging ineffective assistance of trial counsel in not arguing for a downward departure, based upon his status as a deportable alien.

7. This petition is time-barred[3] in that over one year passed between Wilson's conviction becoming final and his filing this collateral attack. 28 U.S.C. § 2255. No grounds to equitably toll the statute of limitations have been alleged.

8. Even if this petition had been timely filed, Wilson would not be entitled to relief.

   A. Wilson's proffered grounds for departure are invalid. U.S. v. Vasquez, 279 F. 3d 77, 80-81 (1st Cir. 2002). Wilson has not alleged a colorable, non-frivolous defense to deportation. U.S. v. Mignott, 184 F. 3d 1288 (11th Cir. 1999).

   B. Assuming the court had discretion to consider a downward departure, no

---

[2] Wilson erroneously alleges in his memorandum that his appeal was decided on April 29, 2002, which date would have made this petition timely.

[3] This court has discretion to sua sponte dismiss a petition as untimely. Jackson v. Secy. D.O.C., 292 F. 3d 1347, 1349 (11th Cir. 2002).

2

extraordinary grounds are alleged. U.S. v. Bautista, 258 F. 3d 602, 607 (7th Cir. 2001); U.S. v. Galvez-Falconi, 174 F. 3d 255 (2d Cir. 1999).

C. Trial counsel was successful in obtaining a significant reduction in Wilson's sentence based upon his role in the offense. U.S. v. Sera, 267 F. 3d 872, 874 (8th Cir. 2001).

D. This court sentenced Wilson at the top end of the guidelines. The court would not have exercised discretion to grant a downward departure. Having reviewed the PSIR and sentencing transcript, the Court concludes that no prejudice can be shown as the same sentence would have been imposed.

Wherefore, Petitioner's Writ of Habeas Corpus is Dismissed as Time-Barred.

The Clerk shall deny any pending motions as Moot.

The Clerk shall close this case.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 14 day of April, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Aldin Wilson, #55421-004
c/o FCI Allenwood (Low)
White Deer, PA 17887

Bertha Mitrani, AUSA

3